**Citation to Discover Assets to a Third Party**                    **(03/14/18) CCM 0124 D**

6.   List all joint account holders or adverse claimants:

Name _____          Name _____

Address _____          Address _____

_____          _____

Account Information:                                   Account Information:
   Type  ○ Checking  ○ CD Savings             Type  ○ Checking  ○ CD Savings

Account Number: _____          Account Number: _____


Name _____

Address _____

_____

Account Information:
   Type  ○ Checking  ○ CD Savings

Account Number: _____

## INSTRUCTIONS
**File this Answer at least three (3) days before the court date to assure timely processing**

1.   Complete the Answer of Third Party Respondent Citation section on this form.
2.   Complete and sign the certification at the bottom of this page.
3.   File this affidavit electronically by visiting www.cookcountyclerkofcourt.org and proceed with the eFile process.


## CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).


Atty. No.: _____                    _____
                                                                    Agent Name
Atty Name: _____

Atty. for: _____          _____
                                                                    Agent Signature
Address: _____

City: _____  State: ____

Zip: _____

Telephone: _____

Primary Email: _____

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois    cookcountyclerkofcourt.org**

### RIDER TO CITATION TO DISCOVER ASSETS
### <u>DOCUMENTS TO BE PRODUCED</u>

1.  Copies of checks written, including the front and back, of all payments made to Lanny Gibrick for any kind of work or services performed during the last forty-eight (48) months.

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

Citation Notice

(Rev. 10/24/05) CCG 0648 A

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**MUNICIPAL DEPARTMENT, SECOND DISTRICT**

FILED
6/21/2019 3:00 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
5511435

2014M2001791

FILED DATE: 6/21/2019 3:00 PM

- ☐ Richard J. Daley Center, Room 601, Chicago, IL 60602
- ☐ District 3: 2121 Euclid, Rolling Meadows, IL 60008
- ☐ District 5: 10220 S. 76th Ave., Bridgeview, IL 60455
- ☑ District 2: 5600 Old Orchard Rd., Skokie, IL 60077
- ☐ District 4: 1500 Maybrook Dr., Maywood, IL 60153
- ☐ District 6: 16501 S. Kedzie Pkwy., Markham, IL 60426.

## CITATION NOTICE

ROBERT GOLDEN

**Judgment Creditor**

v.

LANNY GIBRICK d/b/a ALAN'S DRAPERIES, INC.

**Judgment Debtor**

No. 2014 M2 001791

Court Date: 7/25/2019

Time: 9:30        a.m. ✓
                  p.m.

**Judgment Debtor's last known:**

Name: Lanny Gibrick

Address: 501 Thorndale Drive

City/State/Zip: Buffalo Grove, IL 60089

Telephone: 847-312-7356

A judgment in favor of Robert Golden and against Lanny Gibrick d/b/a Alan's Draperies, Inc.

was entered on December 16, 2014, (or revived on _____, _____)

in the amount of $ 16,374.23 and $ 19,431.59 remains unsatisfied.

Name and address of Attorney for Judgment Creditor or Judgment Creditor (if without an attorney):

Atty. No.: 38354

Name: Brendan R. Appel

Atty. for: Plaintiff

Address: 191 Waukegan Road, Ste. 360

City/State/Zip: Northfield, IL 60093

Telephone: 847.730.4224

Name of person to receive Citation: Offsprings2, Inc. d/b/a Vertical Blinds Factory

**NOTICE: The court has issued a citation against the person named above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor and in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.**

**The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE. (see reverse)**

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

(1) **Under Illinois or federal law, the exemption of personal property owned by the debtor includes the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor, including money in a bank account.**

(2) **Social Security and SSI benefits;**

(3) **Public assistance benefits;**

(4) **Unemployment compensation benefits;**

(5) **Worker's compensation benefits;**

(6) **Veteran's benefits;**

(7) **Circuit breaker property tax relief benefits;**

(8) **The debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle;**

(9) **The debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor;**

(10) **Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.**

(11) **Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the greater of the state or federal minimum hourly wage.**

(12) **Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.**

(13) **Pension and retirement benefits (including IRA accounts) and refunds may be claimed as exempt under Illinois law.**

**The judgment debtor may have other possible exemptions under the law.**

**THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH.  The judgment debtor also has the right to seek a declaration at an earlier date by notifying the clerk in writing at the office of the Clerk of the Circuit Court in Room** 136

5600 Old Orchard Rd                    Skokie
_____, **Illinois.  When so notified, the Clerk of the Circuit Court**
Street                                City

**will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor or the judgment creditor's attorney by regular first class mail, regarding the time and location of such hearing.**

**This notice may be sent to the judgment debtor  by regular first class mail.**

---

**CERTIFICATION OF MAILING BY JUDGMENT CREDITOR OR ATTORNEY FOR JUDGMENT CREDITOR**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (735 ILCS 5/109), the undersigned certifies that s/he mailed by regular first-class mail a copy of the citation notice and this citation to defendant at the address shown below upon filing of the citation or within three business days of service if served upon Third Party Respondent.

Signature: *Selwyn Skevin*          Name: Selwyn M. Skevin

---

(PLEASE PRINT)

Preparing Atty's No.: 38354

Preparing Atty's Name: Law Offices of Brendan R. Appel

Atty. for: Plaintiff                                    *Selwyn Skevin*

Address: 191 Waukegan Road, Ste. 360                         **Preparer's Signature**

City/State/Zip: Northfield, IL 60093

Telephone: 847.730.4224

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

FILED DATE: 12/22/2019 3:00 PM    2014 2001791

FILED DATE: 12/12/2019 1:34 PM   20142001791

# EXHIBIT B

(This form replaces CCMD 0637-2 thru 6)                                   (Rev. 3/16/01)  CCM 0637

FILED DATE: 12/12/2019 1:34 PM    20142001791

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### SECOND   MUNICIPAL DISTRICT

ROBERT GOLDEN
                                    **Plaintiff**
              v.                                    } No. 2014 M2 001791

LANNY GIBRICK
                                    **Defendant**

### ORDER

This matter having come before the court, the court having jurisdiction as being fully advised in the premises:

**IT IS ORDERED AS FOLLOWS:**

4219 ☐

4001 ☒  **XP Default Judgment for Plaintiff For $** 16,374.23 **and Costs.**

9207 ☐  **Payment Plan** ☐ yes ☐ no.

9293 ☐  **Assess costs** _____

4002 ☐  **XP Default Judgment for Defendant For $** _____ **and Costs.**

4219 ☐  **(on counter complaint or third party complaint)**

4293 ☐  **4293 Assess costs** _____

4001 ☒  **XP Default Judgment For Plaintiff**

4301 ☐  **XP Default Judgment for specific Litigant**

4219 ☐

8001 ☐  **Judgment for Plaintiff after trial for $** _____ **and Costs.**

9207 ☐  **Payment Plan** ☐ yes ☐ no.

4293 ☐  **Assess costs** _____

8002 ☐  **Judgment for Defendant after Trial**

8301 ☐  **Judgment for Specific Litigant after Trial in favor of**

_____ **For $** _____ **and Costs.**

☒  **See Attached Order** Judgment itemized as follows: $8,000 compensatory damages
$5,000 punitive damages for fraud
$3,374.23 in attorneys fees and costs.

Atty. No. 38354

Name: Brendan Appel                          **Enter:** _____, _____

Attorney For: Plaintiff

Address: 191 Waukegan Rd Ste 360

City/Zip: Northfield IL 60093

Associate Judge Jeffery L. Warnick
DEC 1 6 2014
Circuit Court-2024

Associate Judge Jeffery L. Warnick
**Judge**     DEC 1 6 2014 Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Circuit Court-2024

FILED DATE: 12/12/2019 1:34 PM   20142001791

# EXHIBIT C

FILED DATE: 12/12/2019 1:34 PM   20142001791

## sskevin@balegal.com

| | |
|---|---|
| **From:** | sskevin@balegal.com |
| **Sent:** | Monday, October 14, 2019 6:24 PM |
| **To:** | 'Scott Pinsky' |
| **Subject:** | RE: Filing Submitted for Case: 20142001791; GOLDEN ROBERT VS. GIBRICK LANNY; Envelope Number: 5851397 |

Scott,

I still have not received a response from you. If I do not receive copies of payments that you have made to Lanny Gibrick since June 21, 2019 through the present date, I will have no other choice but to institute contempt proceedings under the citation that is still pending against Vertical Blinds.

If you have any other questions or concerns, please don't hesitate to contact me.

Sincerely,
Selwyn



Mr. Selwyn M. Skevin
Of Counsel
The Law Offices of Brendan R. Appel, LLC
191 Waukegan Road, Suite 360
Northfield, Illinois 60093
sskevin@balegal.com
tel: 847-730-4224
fax: 847-730-4114

**Confidential Communication**
This e-mail contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of the e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us via e-mail. Thank you for your cooperation.

IRS Circular 230 Disclosure:  Any discussion of federal tax issues in this email may constitute "written tax advice."  Any such advise is limited to the issues specifically addressed, and the conclusions expressed may be affected by additional considerations not considered or addressed herein.

Except with respect to issues specifically addressed herein, this email was not written, and cannot be used by the addressee or anyone else, for the purpose of avoiding tax penalties.

**From:** sskevin@balegal.com <sskevin@balegal.com>
**Sent:** Thursday, October 3, 2019 8:55 PM
**To:** 'Scott Pinsky' <scott@verticalblindsfactory.com>
**Subject:** RE: Filing Submitted for Case: 20142001791; GOLDEN ROBERT VS. GIBRICK LANNY; Envelope Number: 5851397

Scott,

FILED DATE: 12/12/2019 1:34 PM    20142001791

I still have not received copies of checks issued to Lanny Gibrick since June 21, 2019. Please forward ASAP.

If you have any other questions or concerns, please don't hesitate to contact me.

Sincerely,
Selwyn



Mr. Selwyn M. Skevin
Of Counsel
The Law Offices of Brendan R. Appel, LLC
191 Waukegan Road, Suite 360
Northfield, Illinois 60093
sskevin@balegal.com
tel: 847-730-4224
fax:  847-730-4114

**Confidential Communication**
This e-mail contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of the e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us via e-mail. Thank you for your cooperation.

IRS Circular 230 Disclosure:  Any discussion of federal tax issues in this email may constitute "written tax advice."  Any such advise is limited to the issues specifically addressed, and the conclusions expressed may be affected by additional considerations not considered or addressed herein.

Except with respect to issues specifically addressed herein, this email was not written, and cannot be used by the addressee or anyone else, for the purpose of avoiding tax penalties.

**From:** sskevin@balegal.com <sskevin@balegal.com>
**Sent:** Thursday, September 19, 2019 8:55 AM
**To:** 'Scott Pinsky' <scott@verticalblindsfactory.com>
**Subject:** Re: Filing Submitted for Case: 20142001791; GOLDEN ROBERT VS. GIBRICK LANNY; Envelope Number: 5851397

Scott:

Please send me any new checks paid to Lanny since June 21, 2019. Thank you.

If you have any other questions or concerns, please feel free to contact me.

Sincerely,
Selwyn

Mr. Selwyn M. Skevin
Of Counsel
The Law Offices of Brendan R. Appel, LLC
191 Waukegan Road, Suite 360
Northfield, Illinois 60093
sskevin@balegal.com
tel: 847-730-4224
fax: 847-730-4114

FILED DATE: 12/12/2019 1:34 PM   20142001791

**Confidential Communication**
This e-mail contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of the e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us via e-mail. Thank you for your cooperation.

On Wed, Sep 18, 2019 at 11:04 AM -0500, <sskevin@balegal.com> wrote:

Thank you for the 2018, 2017, and 2016 checks. Also, please send me any new checks paid to Lanny since June 21, 2019.

If you have any other questions or concerns, please don't hesitate to contact me.

Sincerely,
Selwyn



Mr. Selwyn M. Skevin
Of Counsel
The Law Offices of Brendan R. Appel, LLC
191 Waukegan Road, Suite 360
Northfield, Illinois 60093
sskevin@balegal.com
tel: 847-730-4224
fax:  847-730-4114

**Confidential Communication**
This e-mail contains privileged and confidential information intended only for the use of the individual or entity named above. If the reader of the e-mail is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us via e-mail. Thank you for your cooperation.

IRS Circular 230 Disclosure:  Any discussion of federal tax issues in this email may constitute "written tax advice."  Any such advise is limited to the issues specifically addressed, and the conclusions expressed may be affected by additional considerations not considered or addressed herein.

Except with respect to issues specifically addressed herein, this email was not written, and cannot be used by the addressee or anyone else, for the purpose of avoiding tax penalties.

**From:** Scott Pinsky <scott@verticalblindsfactory.com>
**Sent:** Wednesday, September 18, 2019 9:13 AM
**To:** sskevin@balegal.com
**Subject:** Re: Filing Submitted for Case: 20142001791; GOLDEN ROBERT VS. GIBRICK LANNY; Envelope Number: 5851397

The checks from 2018

FILED DATE: 12/12/2019 1:34 PM    20142001791

# EXHIBIT D

Order                                                            (Rev. 02/24/05) CCG N002

FILED DATE: 12/12/2019 1:34 PM   20142001791

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Line 1

Robert Golden

~~PEOPLE OF THE STATE OF ILLINOIS~~

v.                                    No.  14 M2 001791

Lanny Gibrick

### ORDER

This matter coming before the Court on Plaintiffs' Third-Party
Citations against J.P. Morgan Chase, Vertical Blinds (Offsprings2Inc) and
Roberts Drapery, Counsel for Plaintiff appearing, the Court having
Jurisdiction and being fully advised;

IT IS HEREBY ORDERED:

1. Citation against J.P. Morgan Chase is dismissed.

2. Citations against Roberts Drapery & Offsprings2 Inc. d/b/a
   Vertical Blinds are entered and continued to 12/18/19 at 1:30 pm

3. Conditional judgment in the amount of $19,984.72
   entered against Roberts Drapery in favor of Plaintiff.

4. Conditional judgment in the amount of $19,984.72
   entered against Offsprings 2, Inc. d/b/a Vertical Blinds Factory
   in favor of Plaintiff.

Attorney No.: 38,354

Name: Law Offices of Brendan R. Appel

Atty. for: Plaintiffs

Address: 191 Waukegan Rd, Ste 360

City/State/Zip: Northfield IL 60093

Telephone: (847) 739-4224

ENTERED:

Associate Judge Jeffery L. Warnick

NOV 05 2019

Circuit Court - 2024

Dated: _____

Judge                    Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

FILED DATE: 12/12/2019 1:34 PM    20142001791

# EXHIBIT E

FILED DATE: 12/12/2019 1:34 PM   20142001791



## Cook County
## SHERIFF
### THOMAS J DART

# Civil Process
# Service Lookup

## Search Results:

| Sheriff # | Name | Address | Status |
|-----------|------|---------|--------|
| 50008785 | VERTICAL BLINDS FACTORY | 9161 N Milwaukee Ave , Niles, IL 60714 | SERVED |

**Service Date/Time:**   12/10/2019   10:00:00 AM

Service Type:   Service on a Corporation/Company/Business/Partnership

Served on:   ANN PERLMAN , White female

Remarks:

[ Search Again ]

By using this search tool, you acknowledge that you understand that it is solely your responsibility to verify any information you may obtain herein before relying on said information for any type of legal action.

Cook County Sheriff's Office Civil Division • 50 W. Washington, Room 701
Chicago, IL 60602 • **(312) 603-3365**

FILED
11/22/2019 1:49 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
20142001791

FILED DATE: 12/22/2019 1:49 PM   20142001791

**2125 - Served**
**2225 - Not Served**
**2325 - Served by Mail**
**Wage Deduction Summons to Confirm**
**Conditional Judgment**                                    **(08/06/18) CCL 0023 A**

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Robert Golden

v.

Lanny Gibrick

and

Offsprings2, Inc. d/b/a Vertical Blinds Factory

Employer

Case No.   2014 M2 001791

Address of employer:

9161 N. Milwaukee Ave.

Niles, IL 60714-1538

**AMENDED**
### WAGE DEDUCTION SUMMONS TO CONFIRM CONDITIONAL JUDGMENT

To each defendant:

YOU ARE SUMMONED and required to file your appearance in this case on or before the Return

Date of ____12/18/19____ (21 to 30 days after date of issuance of this summons) and show cause why

the conditional judgment for $ ____19,984.72____ entered against you on ____11/5/19____ should not
be made final.  IF YOU FAIL TO DO SO, THE CONDITIONAL JUDGMENT MAY BE
CONFIRMED.

To file your appearance you need access to the internet.  Please visit www.cookcountyclerkofcourt.
org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations.
Please refer to the last page of this document for location information.

**E-filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first
create an account with an e-filing service provider.  Visit http://efile.illinoiscourts.gov/service-providers.htm
to learn more and to select a service provider.  If you need additional help or have trouble e-filing, visit http://
www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.**

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

**Wage Deduction Summons to Confirm Conditional Judgment        (08/06/18) CCL 0023 B**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance.  If service cannot be made, this summons shall be returned so endorsed.

Witness date _____

11/22/2019 1:49 PM DOROTHY BROWN

_____
Clerk of the Circuit Court

Atty. No.: 38354

Name: Law Offices of Brendan R. Appel LLC

Atty. for: Plaintiff

Address: 191 Waukegan Road, Suite 360

City: Northfield

State: IL    Zip: 60093

Telephone: 847-730-4224

Primary Email: bappel@balegal.com

Date of service: _____
(To be inserted by officer on copy left with employer or other person)

(Seal of Court)

FILED DATE: 12/22/2019 1:49 PM   20142001791

# CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

○ Richard J Daley Center
50 W Washington
Chicago, IL 60602

◉ District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

○ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

○ District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

○ District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

○ District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

○ Domestic Violence Court
555 W Harrison
Chicago, IL 60607

○ Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

○ Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

## Daley Center Divisions/Departments

○ Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

○ Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

○ Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

○ Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

○ Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

○ County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

○ Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

○ Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

○ Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours:  8:30 am - 4:30 pm

FILED DATE: 12/22/2019 1:39 PM   2014200179

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

FILED DATE: 12/12/2019 1:34 PM    2014201791

# EXHIBIT F

FILED DATE: 12/12/2019 1:34 PM   20142001791



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 21, 2019 through July 19, 2019

Primary Account: ▉▉▉▉▉▉

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00185446 DRE 111 212 20119 NNNNNNNNNNN  1 000000000 14 0000
JUSTIN GIBRICK
LANNY R GIBRICK



## Introducing a new way for college students to waive the Chase Savings<sup>SM</sup> Monthly Service Fee

Great news! Starting June 9, we are waiving the Chase Savings<sup>SM</sup> Monthly Service Fee when your account is linked to a
Chase College Checking<sup>SM</sup> account for overdraft protection.

- If your Chase College Checking account is **already linked** to a Chase Savings account for overdraft protection, you
don't need to do anything.
- If your Chase College Checking account **isn't linked** to a Chase Savings account for overdraft protection, you can
sign up for overdraft protection online, over the phone or in a branch.

Please call us at the number at the top of this statement if you have any questions.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase College Checking | ▉▉▉▉ | | |
| Chase College Checking | | ▉▉▉▉ | |
| **Total** | | | ▉▉▉▉ |

**TOTAL ASSETS** ▉▉▉▉

Page 1 of 6

FILED DATE: 12/12/2019 1:34 PM    20142001791



FILED DATE: 12/12/2019 1:34 PM    20142001791



## CHASE 🯄

June 21, 2019 through July 19, 2019
Primary Account: **000002974731511**

### TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 07/05 | | | |
| 07/05 | | | |
| 07/05 | | | |
| 07/05 | | | |
| 07/08 | | | |
| 07/08 | | | |
| 07/08 | | | |
| 07/08 | | | |
| 07/11 | Quickpay With Zelle Payment From Offsprings Inc 8422559354 | 480.00 | |
| 07/11 | | | |
| 07/11 | | | |
| 07/12 | | | |
| 07/15 | | | |
| 07/15 | | | |
| 07/15 | | | |
| 07/15 | | | |
| 07/17 | | | |
| 07/18 | | | |
| 07/19 | | | |
| | **Ending Balance** | | |

### CHASE COLLEGE CHECKING

JUSTIN GIBRICK                          Account Number:

### CHECKING SUMMARY

|  | AMOUNT |
|--|--------|
| **Beginning Balance** | |
| Deposits and Additions | |
| ATM & Debit Card Withdrawals | |
| Electronic Withdrawals | |
| Other Withdrawals | |
| **Ending Balance** | |

Page 3 of 6

FILED DATE: 12/12/2019 1:34 PM   20142001791

# EXHIBIT G

# CHASE *for* BUSINESS

Printed from Chase for Business



## $778.00
Total

Nov 12, 2019
Post date

2865
Check #

FILED DATE: 12/12/2019 1:34 PM    20142001791



JPMorgan Chase Bank, N.A. Member FDIC         ©2019 JPMorgan Chase & Co.                    Equal Opportunity Lender

# CHASE *for* BUSINESS

Printed from Chase for Business



## $778.00

Total



Nov 12, 2019
Post date

2865
Check #



FILED DATE: 12/12/2019 1:34 PM

20142001791

JPMorgan Chase Bank, N.A. Member FDIC                    ©2019 JPMorgan Chase & Co.                    Equal Opportunity Lender

# CHASE BUSINESS

Printed from Chase for Business

## $707.00
Total

Nov 1, 2019
Post date

2862
Check #



JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM   20142001791

# CHASE BUSINESS

Printed from Chase for Business

## $707.00
Total

Nov 1, 2019
Post date

2862
Check #



JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM   2014 2001791

# CHASE FOR BUSINESS

Printed from Chase for Business

## $543.00
Total

Oct 25, 2019
Post date

2859
Check #



FILED DATE: 12/12/2019 1:34 PM   20142001791

JPMorgan Chase Bank, N.A. Member FDIC        ©2019 JPMorgan Chase & Co.        Equal Opportunity Lender

# CHASE BUSINESS

Printed from Chase for Business

## $543.00
Total

Oct 25, 2019
Post date

2859
Check #



JPMorgan Chase Bank, N.A. Member FDIC        ©2019 JPMorgan Chase & Co.        Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM    20142001791

# CHASE FOR BUSINESS

Printed from Chase for Business

| | | |
|---|---|---|
| **$455.00** | Oct 18, 2019 | 2856 |
| Total | Post date | Check # |



JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

# CHASE BUSINESS

Printed from Chase for Business

# $455.00
Total

Oct 18, 2019
Post date

2856
Check #



JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.                    Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM   20142001791

# CHASE BUSINESS

Printed from Chase for Business

## $759.00
Total

**Oct 11, 2019**
Post date

**2855**
Check #



FILED DATE: 12/12/2019 1:34 PM   2014200179 1

OFFSPRINGS2 INC.
DBA VERTICAL BLINDS FACTORY
9161 N MILWAUKEE AVE. 847-470-8828
NILES, IL 60714-1538

DATE 10/11/19

PAY TO THE ORDER OF  Lenny Gibrick

$ 759.—

Seven hundred & fifty nine dollars & 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

2855

2-1/710

⑈00 2855⑈

JPMorgan Chase Bank, N.A. Member FDIC            ©2019 JPMorgan Chase & Co.            Equal Opportunity Lender

# CHASE BUSINESS

Printed from Chase for Business

## $759.00
Total

Oct 11, 2019
Post date

2855
Check #



JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM    2014200I791

# CHASE BUSINESS

Printed from Chase for Business

## $934.00
Total

Oct 4, 2019
Post date

2850
Check #



JPMorgan Chase Bank, N.A. Member FDIC

©2019 JPMorgan Chase & Co.

Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM   20142001791

# CHASE 🔵 BUSINESS

Printed from Chase for Business

## $934.00
Total

Oct 4, 2019
Post date

2850
Check #

FILED DATE: 12/12/2019 1:34 PM    20142001791



JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

# CHASE BUSINESS

Printed from Chase for Business

## $1,559.00
Total

Sep 20, 2019
Post date

2845
Check #



OFFSPRINGS2 INC.
DBA VERTICAL BLINDS FACTORY
9161 N MILWAUKEE AVE. 847-470-8828
NILES, IL 60714-1538

2845

2-1/710

DATE 9/20/19

PAY TO THE ORDER OF   Lenny Fibrick                    $ 1559.—

one thousand five hundred & fifty nine & 00/100   DOLLARS

CHASE ○
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

⑈00 2845⑈

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM   20142001791

# CHASE 🙂 FOR BUSINESS

Printed from Chase for Business

---

## $1,559.00
Total

**Sep 20, 2019**
Post date

**2845**
Check #

---



---

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM   20142001791

CHASE 🖩 FOR BUSINESS

Printed from Chase for Business

## $534.00
Total

Sep 13, 2019
Post date

2842
Check #



FILED DATE: 12/12/2019 1:34 PM   20142001791

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

# CHASE BUSINESS

Printed from Chase for Business

## $534.00
Total

Sep 13, 2019
Post date

2842
Check #

FILED DATE: 12/12/2019 1:34 PM    20142001791



# CHASE 🗘 FOR BUSINESS

Printed from Chase for Business

---

## $867.00
Total

Sep 6, 2019
Post date

2838
Check #



JPMorgan Chase Bank, N.A. Member FDIC      ©2019 JPMorgan Chase & Co.      Equal Opportunity Lender

# CHASE BUSINESS

Printed from Chase for Business

## $867.00
Total

Sep 6, 2019
Post date

2838
Check #



JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM    2014200179I