# CHASE BUSINESS

Printed from Chase for Business

## $536.00
Total

Aug 30, 2019
Post date

2834
Check #

OFFSPRINGS2 INC.
DBA VERTICAL BLINDS FACTORY
9161 N MILWAUKEE AVE. 847-470-8828
NILES, IL 60714-1538

2834

2-1/710

DATE 8/30/19

PAY TO THE ORDER OF Lanny Gibrick                                    $ 536.—

five hundred & thirty six children & 100                      DOLLARS

CHASE ◎
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

⑈00 2834⑈

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM   20142001791

# CHASE ⬢ BUSINESS

Printed from Chase for Business

## $536.00
Total

**Aug 30, 2019**
Post date

**2834**
Check #



JPMorgan Chase Bank, N.A. Member FDIC        ©2019 JPMorgan Chase & Co.        Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM   20142001791

# CHASE 💳 FOR BUSINESS

Printed from Chase for Business

## $654.00
Total

Aug 23, 2019
Post date

2833
Check #

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

# CHASE 🔾 FOR BUSINESS

Printed from Chase for Business

## $654.00
Total

Aug 23, 2019
Post date

2833
Check #



FILED DATE: 12/12/2019 1:34 PM    20142001791

JPMorgan Chase Bank, N.A. Member FDIC    ©2019 JPMorgan Chase & Co.    Equal Opportunity Lender

# CHASE BUSINESS

Printed from Chase for Business

## $617.00
Total

Aug 9, 2019
Post date

2825
Check #



JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM   20142001791

# CHASE FOR BUSINESS

Printed from Chase for Business

## $617.00
Total

**Aug 9, 2019**
Post date

**2825**
Check #



JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM   2014 2001791

# CHASE BUSINESS

Printed from Chase for Business

FILED DATE: 12/12/2019 1:34 PM 20142001791

## $836.00
Total

Aug 2, 2019
Post date

2819
Check #



OFFSPRINGS2 INC.
DBA VERTICAL BLINDS FACTORY
9161 N MILWAUKEE AVE. 847-470-8828
NILES, IL 60714-1538

DATE 8/2/19

2819

2-1/710

PAY TO THE ORDER OF Lenny Gidnick $ 836.—

Eight hundred & Thirty Six dollars + No/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

⑈"002819"⑈

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

# CHASE BUSINESS

Printed from Chase for Business

## $836.00
Total

Aug 2, 2019
Post date

2819
Check #



JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM   2014 2001791

CHASE 🛑 FOR BUSINESS

Printed from Chase for Business

# $630.00
Total

Jul 26, 2019
Post date

2815
Check #



2815

OFFSPRINGS2 INC.
DBA VERTICAL BLINDS FACTORY
9161 N MILWAUKEE AVE. 847-470-8828
NILES, IL 60714-1538

2-1/710

DATE 7/26/19

PAY TO THE ORDER OF  Lanny Gibrick                          $ 630.—

Six hundred + thirty dollars + wo/100                DOLLARS

CHASE 🛑
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _____

⑂002815⑂

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM          2014 2001791

# CHASE BUSINESS

Printed from Chase for Business

## $630.00
Total

Jul 26, 2019
Post date

2815
Check #



JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM   2014200179

# CHASE

Printed from Chase for Business

## $888.00

Total

Jul 19, 2019
Post date

2810
Check #



JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

# CHASE BUSINESS

Printed from Chase for Business

## $888.00
Total

Jul 19, 2019
Post date

2810
Check #



JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM   20142001791

# CHASE BUSINESS

Printed from Chase for Business

## $267.00
Total

Jul 15, 2019
Post date

2804
Check #



JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM   2014200179

# CHASE BUSINESS

Printed from Chase for Business

| $267.00 | Jul 15, 2019 | 2804 |
|---|---|---|
| Total | Post date | Check # |



JPMorgan Chase Bank, N.A. Member FDIC        ©2019 JPMorgan Chase & Co.        Equal Opportunity Lender

# CHASE BUSINESS

Printed from Chase for Business

# $320.00
Total

Jul 5, 2019
Post date

2798
Check #



FILED DATE: 12/12/2019 1:34 PM    20142001791

# CHASE for BUSINESS

Printed from Chase for Business

## $320.00
Total

Jul 5, 2019
Post date

2798
Check #



FILED DATE: 12/12/2019 1:34 PM   20142001791

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

# CHASE BUSINESS

Printed from Chase for Business

**$800.00**
Total

Jul 3, 2019
Post date

2796
Check #

OFFSPRINGS2 INC.
DBA VERTICAL BLINDS FACTORY
9161 N MILWAUKEE AVE. 847-470-8828
NILES, IL 60714-1538

2796

2-1/710

DATE 7/3/19

PAY
TO THE
ORDER OF  Lanny Gibrick                                    $ 800.—

Eghit  hunded  dollar + NO/100                           DOLLARS

CHASE O
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

⑈002796⑈

JPMorgan Chase Bank, N.A. Member FDIC                ©2019 JPMorgan Chase & Co.                Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM   20142001791

# CHASE BUSINESS

Printed from Chase for Business

## $800.00
Total

Jul 3, 2019
Post date

2796
Check #



JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM   20142001791

# CHASE 💠 FOR BUSINESS

Printed from Chase for Business

---

## $879.00
Total

**Jun 28, 2019**
Post date

**2792**
Check #

---



JPMorgan Chase Bank, N.A. Member FDIC        ©2019 JPMorgan Chase & Co.        Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM    20142001791

**CHASE BUSINESS**

Printed from Chase for Business

# $879.00

Total

Jun 28, 2019
Post date

2792
Check #



FILED DATE: 12/12/2019 1:34 PM   20142001791

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.                    Equal Opportunity Lender

# CHASE BUSINESS

Printed from Chase for Business

## $500.00
Total

Jun 21, 2019
Post date

2789
Check #



OFFSPRINGS2 INC.
DBA VERTICAL BLINDS FACTORY
9161 N MILWAUKEE AVE. 847-470-8828
NILES, IL 60714-1538

2789

2-1/710

DATE 6/21/19

PAY TO THE ORDER OF  Lanny Gibrick                    $ 500.

                                    DOLLARS

CHASE ○
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

⑈002789⑈

FILED DATE: 12/12/2019 1:34 PM  20142001791

JPMorgan Chase Bank, N.A. Member FDIC        ©2019 JPMorgan Chase & Co.        Equal Opportunity Lender

# CHASE BUSINESS

Printed from Chase for Business

**$500.00**
Total

Jun 21, 2019
Post date

2789
Check #



JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

FILED DATE: 12/12/2019 1:34 PM    2014200179

FILED
12/18/2019 12:57 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
20142001791

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
SECOND MUNICIPAL DISTRICT, CIVIL DIVISION**

| | | |
|---|---|---|
| ROBERT GOLDEN, an Individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2014 M2 001791 |
| | ) | |
| LANNY GIBRICK, an Individual, | ) | Room 202 |
| d/b/a ALAN'S DRAPERIES, INC., | ) | |
| an Illinois Corporation | ) | |
| (involuntarily dissolved). | ) | |
| | ) | |
| Defendant. | ) | |

<u>**PLAINTIFF'S PETITION FOR RULE TO SHOW CAUSE FOR INDIRECT CIVIL
CONTEMPT AGAINST THIRD-PARTY DEFENDANT AND FOR OTHER RELIEF**</u>

NOW COMES Plaintiff ROBERT GOLDEN, by and through his attorney, The Law

Offices of Brendan R. Appel, LLC, and for his Petition for Rule to Show Cause ("Petition") as to

why Third Party Defendant Roberts Drapery Center, Inc. ("Roberts") should not be held in

indirect civil contempt of Court for its violation of the Citation to Discover Assets to a Third

Party dated June 24, 2019 ("Citation") (attached hereto as **Exhibit A**) and for other relief, states

as follows:

**Introduction**

Defendant and Judgment Debtor, Lanny Gibrick ("Defendant"), has worked as an

independent contractor for Roberts since at least 2017. On June 24, 2019, Roberts was served a

Citation to Discover Assets to a Third Party. In disregard of the transfer prohibitions in this

Court's Citation, Roberts continued to make payments to the Defendant thereafter in the amount

of at least $6,588.00. Therefore, Roberts should be held in indirect civil contempt until the same

sum, and attorney's fees incurred in bringing this Petition, is paid over to Plaintiff.

FILED DATE: 12/18/2019 12:57 PM  20142001791

FILED DATE: 12/18/2019 12:57 PM   2014200179

### Common Facts and Procedural History

1.      On December 16, 2014, this Court entered a default judgment against the Defendant in the amount of $16,374.23 and in favor of the Plaintiff. See Judgment dated December 16, 2014 attached hereto as **Exhibit B**.

2.      On June 24, 2019, Roberts was served by U.S. Certified Mail with a Citation to Discover Assets to a Third Party with an attached rider simply requesting copies of "checks written, including the front and back, of all payments made to Lanny Gibrick for any kind of work or services performed during the last forty-eight (48) months." (Ex. A.)

3.      The Citation also prohibited the Roberts "from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings."

4.      Cheryl Lindholm, President of Roberts, responded to Plaintiff's counsel with only copies of 1099s from 2018 and an unspecified year as well as checks written in 2018 and also between January 2019 and June 21, 2019. See Letter attached hereto as **Exhibit C**.

5.      Cheryl, as President of Roberts, did not file any Answer of Third Party Respondent Citation ("Answer"), including any answer to the Interrogatories that stated whether or not she had in her possession, custody or control any personal property or monies belonging to the Defendant.

6.      Due to the failure to comply in full with the Rider and failure to file any answer, a conditional judgment was entered against Roberts in the amount of $19,984.72 and the Citation

FILED DATE: 12/18/2019 12:57 PM   20142001791

was continued until December 18, 2019 at 1:30 p.m. See Order dated November 5, 2019 attached hereto as **Exhibit D.**

7.      On December 11, 2019, Roberts was served by the Cook County Sheriff with an Amended Wage Summons Deduction to Confirm Conditional Judgment. See Cook County Sheriff's Proof of Service attached hereto as **Exhibit E**.

### Count I – Indirect Civil Contempt of Court

8.      On August 2, 2019, based on the Defendant's examination the previous day, a new Citation to Discover Assets to a Third-Party was served on Chase for all accounts in the name of the Defendant.

9.      On September 5, 2019, the continued examination of the Defendant on his own citation was held outside of Courtroom 202. In relevant part, the Defendant made the following statements/responses during the examination:

    a.  He does not have his own bank account, but uses Justin's Chase account to make deposits and withdrawals;

    b.  He performs work for Roberts and payments are deposited through Chase QuickPay into Justin's Chase account;

10.     Chase's subsequent response on September 24, 2019 included monthly bank statements from the joint account shared by the Defendant and his son, Justin Gibrick, which showed checks issued by Roberts while the Citation was still in effect being deposited by the Defendant.

11.     Additional records in response to a subpoena issued to Chase shows Roberts paid 18 checks to the Defendant between June 24, 2019 (the date the Citation was served) and

FILED DATE: 12/18/2019 12:57 PM   20142001791

November 15, 2019 totaling $6,588.00, which were endorsed by the Defendant and deposited.

See Check Copies attached hereto as **Exhibit F**.

12.    The aforementioned monies were required to be paid to the Plaintiff pursuant to the Citation, but Roberts paid the monies to the Defendant instead.

13.    Roberts made and/or allowed transfers, disposed of, and interfered with property belonging to Defendant that should have been paid to the Plaintiff.

14.    Roberts failed to file any Answer stating it was or was not in possession of property belonging to the Defendant despite having paid at least $6,588.00 – in violation of the 1-109 certification.

15.    Plaintiff has established a *prima facie* case requiring the Court to issue a Rule *instanter* why Roberts should not be held in indirect civil contempt of court for violating the Citation against it.

16.    The court may punish any party who violates the restraining provision of a citation as and for a contempt. 735 ILCS 5/2-1402(f)(1).

17.    Third Party Defendant Roberts Drapery Center, Inc. should be held in indirect civil contempt of Court for its willful (and without just cause) failure to abide by the Citation.

18.    Third Party Defendant Roberts Drapery Center, Inc.'s unreasonable and wilful actions have forced Plaintiff to incur additional otherwise unnecessary attorney's fees and costs in discovering its violations and in bringing this Petition for Rule to Show Cause before the Court.

WHEREFORE, the Plaintiff, ROBERT GOLDEN, respectfully requests that this Honorable Court:

      a.    Issue a Rule to Show Cause *instanter* why the Third Party Defendant, Roberts Drapery Center, Inc., should not be held in indirect contempt of court;

FILED DATE: 12/18/2019 12:57 PM    20142001791

b. Enter an order finding the Third Party Defendant, Roberts Drapery Center, Inc., in indirect civil contempt of Court for violating this Court's June 21, 2019 Citation;

c. Order the Third Party Defendant, Roberts Drapery Center, Inc., to pay the full amount that should have been turned over to the Plaintiff while subject to the Citation or, in the alternative, order Cheryl Lindholm remanded to Cook County Jail until she pays the full amount that should have been turned over to the Plaintiff; and

d. Order the Third Party Defendant, Roberts Drapery Center, Inc., to pay reasonable attorney's fees and costs and expenses to Plaintiff ROBERT GOLDEN and/or his attorneys for all collection efforts and for bringing and litigating this Petition; and

e. For such other relief that this Honorable Court deems just and equitable.

Respectfully submitted,

_____
The Law Offices of Brendan R. Appel, LLC
Attorneys for Plaintiff

The Law Offices of Brendan R. Appel, LLC
Brendan R. Appel
Selwyn M. Skevin (Of Counsel)
191 Waukegan Road, Suite 360
Northfield, Illinois 60093
(847) 730-4224
(847) 730-4114 (facsimile)
bappel@balegal.com
Attorney No.: 38354

FILED
12/18/2019 12:57 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
20142001791

FILED DATE: 12/18/2019 12:57 PM    20142001791

# EXHIBIT A

Citation to Discover Assets to a Third Party       (03/14/18) CCM 0124 A

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT/ ___2ND___ DISTRICT

FILED
6/21/2019 2:09 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
20142001791

Robert Golden
_____
                    Plaintiff

            v.

Lanny Gibrick d/b/a Alan's Draperies, Inc.       Case No.    2014 M2 001791
_____
                    Defendant

Roberts Drapery Center, Inc.
_____
                    Respondent

## CITATION TO DISCOVER ASSETS TO A THIRD PARTY

To: __Roberts Drapery Center, Inc.    504 E. Northwest Hwy, Mt. Prospect, IL 60056__

YOU ARE REQUIRED to either file your answer to this Citation on the form appearing on the reverse side or

appear on ___7/25/19___ before 9:30 am in Courtroom ___202___ located at:

|   |   |   |   |
|---|---|---|---|
| ○ | Richard J Daley Center<br>50 W Washington<br>Chicago, IL 60602 | ○ | District 4 - Maywood<br>1500 Maybrook Ave<br>Maywood, IL 60153 |
| ◉ | District 2 - Skokie<br>5600 Old Orchard Rd<br>Skokie, IL 60077 | ○ | District 5 - Bridgeview<br>10220 S 76th Ave<br>Bridgeview, IL 60455 |
| ○ | District 3 - Rolling Meadows<br>2121 Euclid<br>Rolling Meadows, IL 60008 | ○ | District 6 - Markham<br>16501 S Kedzie Pkwy<br>Markham, IL 60428 |

Judgment was entered on ___12/16/14___ in favor of Plaintiff __Robert Golden__ and

against Defendant(s) __Lanny Gibrick/Alan's Draperies__ in this court under case number __14M2001791__ in the sum

of $ ___16,374.23___. There is now due, less credit and off-set, sum of $ ___19,341.59___ (Judgment Balance). Further

sums may become due as costs and interests accrue.

Your answer will inform the Court as to property you may hold belonging to (Judgment Debtor).

You are prohibited from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from the enforcement of a judgment, a deduction order or garnishment, property belonging to the judgment debtor or to which s/he may be entitled or which may thereafter be acquired by or become due to him or her, and from paying over or otherwise disposing of any monies not so exempt, which are due to the judgment debtor. This prohibition shall remain in effect until further order of court or termination of the proceeding. You are not required to withhold the payment of any monies beyond double the amount of the total sum due the judgment creditor.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois    cookcountyclerkofcourt.org**

**Citation to Discover Assets to a Third Party**                    **(03/14/18) CCM 0124 B**

If the account consists solely of funds that can be identified as exempt under federal or state law, you are PROHIBITED from FREEZING THE ACCOUNT and YOU MUST RESPOND that the account consists solely of exempt funds. Deposited funds that are exempt under federal and state law include Social Security, SSI, veteran's benefits, Railroad Retirement benefits, public assistance benefits, unemployment compensation benefits and/or circuit breaker property tax relief benefits.

WARNING: Your failure to comply with the citation proceeding may result in a judgment being entered against you for the unsatisfied amount of this judgment. 735 ILCS 5/2-1402(f)(1).

WARNING: Your failure to appear in court or file you answer as directed may cause you to be arrested and brought before the court to answer to a charge of contempt of court, which may be punishable by imprisonment in the county jail.

---

### CERTIFICATION BY JUDGMENT CREDITOR OR ATTORNEY FOR JUDGMENT CREDITOR

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (735 ILCS 5/1-109), the undersigned certifies that the above information regarding the amount of the judgment, the date of the judgment, or its revival date, the balance due thereon, the name of the court and the number of the case is true and correct.

---

Signature: _Selwyn Sherin_

6/21/2019 2:09 PM DOROTHY BROWN

Atty. No.: 38354

Atty Name: Law Offices of Brendan R. Appel

Atty. for: Plaintiff

Address: 191 Waukegan Road, Suite 360

City: Northfield          State: IL

Zip: 60093

Telephone: 847-730-4224

Primary Email: BAPPEL@BALEGAL.COM

Seal of Court

Clerk of the Court _____

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois   cookcountyclerkofcourt.org**

Citation to Discover Assets to a Third Party                    (03/14/18) CCM 0124 C

## ANSWER OF THIRD PARTY RESPONDENT CITATION

This first section must be filled out by the judgment creditor.

Citation/Respondent: __Roberts Drapery Center, Inc.__     Court Date: __7/25/19__

Defendant's Name __Lanny Gibrick/Alan's Draperies__   SSN. xxx-xx- __2717__   Case No. __2014 M2 001791__

Judgment Balance: $ _____ 19,341.59

This is a Citation:  Freeze up to double the Judgment Balance

### INTERROGATORIES

1.  On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor?  ○ Yes   ○ No

    If the answer is "yes" go to the next question.  If "no", go to the instructions.

2.  Is this an IRA account?  Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions?  ○ Yes   ○ No

    If the answer is "yes" go to the next question.  If "no", go to the instructions.

3.  Is/Are the account(s)' current balance(s) equal to or less than the total of the exempt deposits?  ○ Yes   ○ No

    If you answered "yes" to all three (3) questions and funds in the account(s) are exempt, do not freeze the funds.  Go to the "instructions" below.

4.                                          Account Balance          Amount Withheld

    A.  Savings Account              $ _____        $ _____

    B.  Check/MMA/Now Account         $ _____        $ _____

    C.  Certificate of Deposit        $ _____        $ _____

    D.  Trust Account/Other           $ _____        $ _____

        (Describe) _____

    E.  Safety Deposit  ○ Yes   ○ No

    F.  Land Trust No. _____

    G.  Less Right of Offset for Loans                       $ _____

                              Total Amount Frozen:           $ _____

5.  List all electronic deposits into account(s) and their source(s) except deposits:

    Account No.                        Source                    Monthly Amount

    _____      _____      $ _____

    _____      _____      $ _____

    _____      _____      $ _____

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois    cookcountyclerkofcourt.org**

**Citation to Discover Assets to a Third Party**                    **(03/14/18) CCM 0124 D**

6.  List all joint account holders or adverse claimants:

Name _____          Name _____

Address _____          Address _____

_____          _____

Account Information:                                        Account Information:
   Type  ◯ Checking   ◯ CD Savings                Type  ◯ Checking   ◯ CD Savings

Account Number: _____          Account Number: _____

Name _____

Address _____

_____

Account Information:
   Type  ◯ Checking   ◯ CD Savings

Account Number: _____

## INSTRUCTIONS

**File this Answer at least three (3) days before the court date to assure timely processing**

1.  Complete the Answer of Third Party Respondent Citation section on this form.
2.  Complete and sign the certification at the bottom of this page.
3.  File this affidavit electronically by visiting www.cookcountyclerkofcourt.org and proceed with the eFile process.

## CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Atty. No.: _____          _____
                                                                  Agent Name

Atty Name: _____

Atty. for: _____          _____
                                                                  Agent Signature

Address: _____

City: _____  State: _____

Zip: _____

Telephone: _____

Primary Email: _____

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois    cookcountyclerkofcourt.org**

## RIDER TO CITATION TO DISCOVER ASSETS
### <u>DOCUMENTS TO BE PRODUCED</u>

1.      Copies of checks written, including the front and back, of all payments made to Lanny Gibrick for any kind of work or services performed during the last forty-eight (48) months.

FILED DATE: 12/18/2019 12:57 PM    20142001791

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Roberts Drapery Center, Inc.
504 E. Northwest Highway
Mt. Prospect, IL 60056

9590 9402 3410 7227 9770 32

2. Article Number *(Transfer from service label)*

7017 2400 0000 9685 4051

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                        ☒ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
Emery Linholn    6/20/19

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Roberts Drapery Center, Inc.
504 E. Northwest Hwy.
Mt Prospect IL 60056-3306

9490 9118 9956 1933 7194 61

2. Article Number *(Transfer from service label)*

9414 7118 9956 1933 7194 50

PS Form 3811 Facsimile, July 2015 (SDC 3930)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent)

X *Cheryl Lindlln*    6/20/19   IL 601

B. Received By: *(Printed Name)*    C. Date of Delivery
Cheryl Lindlln    11/15/19

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type

☑ Certified Mail®

60056-339399    Domestic Return Receipt

FILED DATE: 12/18/2019 12:57 PM    20142001791

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 3410 7227 9770 32

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Law Offices of Brendan R. Appel
191 Waukegan Road, Suite 360
Northfield, IL 60093

---

USPS TRACKING #    CAROL STREAM
IL 601
Place barcode label here    25 NOV '19
PM 4 L

**UNITED STATES**
**POSTAL SERVICE**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

PS Form 3811 Facsimile, July 2015 (SDC 3930)

9490 9118 9956 1933 7194 61

Law Offices of Brendan R. Appel LLC
191 Waukegan Road
Suite 360
Northfield IL 60093

FILED DATE: 12/18/2019 12:57 PM    20142001791

# EXHIBIT B

(This form replaces CCMD 0637-2 thru 6)                    (Rev. 3/16/01)  CCM 0637

FILED DATE: 12/18/2019 12:57 PM    20142001791

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
SECOND    MUNICIPAL DISTRICT

ROBERT GOLDEN
                                    **Plaintiff**

              v.                                    } No. 2014 M2 001791

LANNY GIBRICK
                                    **Defendant**

### ORDER

This matter having come before the court, the court having jurisdiction as being fully advised in the premises:

**IT IS ORDERED AS FOLLOWS:**

4219 ☐

4001 ☒  **XP Default Judgment for Plaintiff For $** 16,374.23 **and Costs.**

9207 ☐  **Payment Plan** ☐ yes ☐ no.

9293 ☐  **Assess costs** _____

4002 ☐  **XP Default Judgment for Defendant For $** _____ **and Costs.**

4219 ☐  **(on counter complaint or third party complaint)**

4293 ☐  **4293 Assess costs** _____

4001 ☒  **XP Default Judgment For Plaintiff**

4301 ☐  **XP Default Judgment for specific Litigant**

4219 ☐

8001 ☐  **Judgment for Plaintiff after trial for $** _____ **and Costs.**

9207 ☐  **Payment Plan** ☐ yes ☐ no.

4293 ☐  **Assess costs** _____

8002 ☐  **Judgment for Defendant after Trial**

8301 ☐  **Judgment for Specific Litigant after Trial in favor of**

_____ **For $** _____ **and Costs.**

☒  **See Attached Order** Judgment itemized as follows: $8,000 compensatory damages
$5,000 punitive damages for fraud
$3,374.23 in attorney's fees and costs.

Atty. No. 38354

Name: Brendan Appel                    **Enter:** _____, _____

Attorney For: Plaintiff

Address: 191 Waukegan Rd Ste 360

City/Zip: Northfield IL 60093          **Judge**

Associate Judge Jeffery L. Warnick
DEC 1 6 2014
Circuit Court-2024

Associate Judge Jeffery L. Warnick
DEC 1 6 2014 Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

FILED DATE: 12/18/2019 12:57 PM    20142001791

# EXHIBIT C

FILED DATE: 12/18/2019 12:57 PM    20142001791

Roberts Drapery Center
504 E. Northwest Hwy.
Mt. Prospect,IL 60056

Enclosed please find Lanny Gibricks check stubs year to date.
Also are his w2s and 1099 from 2018 and 2017

If you need anything else please let me know, Lannny is a contractor
that works for me when I need a extra installer

Thank you,
Cheryl Lindholm

FILED DATE: 12/18/2019 12:57 PM   20142001791

# EXHIBIT D