Order                                                                    (Rev. 02/24/05) CCG N002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS                          Line 1

Robert Golden

~~PEOPLE OF THE STATE OF ILLINOIS~~

v.                                        No. 14 MZ 001791

Lanny Gibrick

ORDER

This matter coming before the Court on Plaintiffs' Third-Party Citations against J.P. Morgan Chase, Vertical Blinds (Offsprings 2 Inc.) Factory and Roberts Drapery, Counsel for Plaintiff appearing, the Court having Jurisdiction and being fully advised,

IT IS HEREBY ORDERED:

1. Citation against J.P. Morgan Chase is dismissed.

2. Citations against Roberts Drapery & Offsprings 2 Inc. d/b/a Vertical Blinds are entered and continued to 12/18/19 at 1:30 pm

3. Conditional judgment in the amount of $19,984.72 entered against Roberts Drapery, in favor of Plaintiff.

4. Conditional judgment in the amount of $19,984.72 entered against Offsprings 2 Inc. d/b/a Vertical Blinds Factory, in favor of Plaintiff.

Attorney No.: 38 354
Name: Law Offices of Brendan R. Appel
Atty. for: Plaintiffs
Address: 191 Waukegan Rd, Ste 360
City/State/Zip: Northfield IL 60093
Telephone: (847) 730-4224

ENTERED:                          Associate Judge Jeffery L. Warnick

                                  NOV 05 2019

Dated:                            Circuit Court - 2024

_____                  _____
Judge                            Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FILED DATE: 12/18/2019 12:57 PM    20142001791

FILED DATE: 12/18/2019 12:57 PM   20142001791

# EXHIBIT E

**Cook County SHERIFF THOMAS J DART**

# Civil Process
## Service Lookup

## Search Results:

| Sheriff # | Name | Address | Status |
|-----------|------|---------|--------|
| 50008786 | ROBERTS DRAPERY CENTER INC. | 504 E Northwest Hwy , Mt. Prospect, IL 60056 | SERVED |

**Service Date/Time:** 12/11/2019  3:51:00 PM

Service Type: Service on a Corporation/Company/Business/Partnership

Served on: CHERYL LINDHOLM , White female

Remarks:

Search Again

By using this search tool, you acknowledge that you understand that it is solely your responsibility to verify any information you may obtain herein before relying on said information for any type of legal action.

Cook County Sheriff's Office Civil Division • 50 W. Washington, Room 701
Chicago, IL 60602 • **(312) 603-3365**

FILED DATE: 12/18/2019 12:57 PM   20142001791

# EXHIBIT F



FILED DATE: 12/18/2019 12:57 PM    20142001791

**ROBERTS DRAPERY CENTER, INC.**
WINDOW TREATMENTS & WALLPAPER
PH. 847-255-4040
504 E. NORTH-WEST HWY.
MOUNT PROSPECT, IL 60056

16974

2-1/710

DATE _7/19/19_

PAY TO THE ORDER OF _Lanny Gibnick_                    $ 320.00

_Three hundred twenty & no/100_                    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _____

⑈016974⑈

FILED DATE: 12/18/2019 12:57 PM   20142001791

FILED DATE: 12/18/2019 12:57 PM    20142001791



FILED DATE: 12/18/2019 12:57 PM    20142001791

16994

**ROBERTS DRAPERY CENTER, INC.**
WINDOW TREATMENTS & WALLPAPER
PH. 847-255-4040
504 E. NORTHWEST HWY.
MOUNT PROSPECT, IL 60056

2-1/710

DATE  8/1/19

PAY TO THE ORDER OF  Lanny Gibnck    |$ 640.00

Six hundred forty & no/100    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

�semicolon016994⑤

FILED DATE: 12/18/2019 12:57 PM    20142001791

**ROBERTS DRAPERY CENTER, INC.**
WINDOW TREATMENTS & WALLPAPER
PH. 847-255-4040
504 E. NORTHWEST HWY.
MOUNT PROSPECT, IL 60056

17015

DATE 8/8/19    2-1/710

PAY TO THE ORDER OF Lanny Gibrick    $ 320.00

Three hundred twenty 8/no/100 ————————— DOLLARS

CHASE ◯
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _____

"017015"

FILED DATE: 12/18/2019 12:57 PM    20142001791

**ROBERTS DRAPERY CENTER, INC.**
WINDOW TREATMENTS & WALLPAPER
PH. 847-255-4040
504 E. NORTHWEST HWY.
MOUNT PROSPECT, IL 60056

17028

2-1/710

DATE 8/16/19

PAY TO THE ORDER OF _Larry Gibrick_  $ 320.00

_Three hundred twenty & 00/100_ DOLLARS

CHASE ◆
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _____

⑆0 ⑈70 28⑈

FILED DATE: 12/18/2019 12:57 PM    20142001791



FILED DATE: 12/18/2019 12:57 PM    20142001791

**ROBERTS DRAPERY CENTER, INC.**
WINDOW TREATMENTS & WALLPAPER
PH. 847-255-4040
504 E. NORTHWEST HWY.
MOUNT PROSPECT, IL 60056

17068

2-1/710

DATE 9/6/19

PAY TO THE ORDER OF _Larry Gibrick_    $ 320.00

_Three hundred twenty & no/100_ DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _____

⑈0 ⁴7068⑈

FILED DATE: 12/18/2019 12:57 PM    20142001791

**ROBERTS DRAPERY CENTER, INC.**
WINDOW TREATMENTS & WALLPAPER
P.H. 847-255-4040
504 E. NORTHWEST HWY.
MOUNT PROSPECT, IL 60056

17092

2-1/710

DATE _9/13/19_

PAY TO THE ORDER OF _Lanny Gibrick_ _$ 320.00_

_three hundred twenty & no/100_ DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _____

⑆01709 2⑆

FILED DATE: 12/18/2019 12:57 PM    20142001791

**ROBERTS DRAPERY CENTER, INC.**
WINDOW TREATMENTS & WALLPAPER
PH. 847-255-4040
504 E. NORTH-WEST HWY.
MOUNT PROSPECT, IL 60056

17107

2-1/710

DATE 9/20/19

PAY TO THE ORDER OF _Lanny Gibrick_ $ 320.00

_Three hundred twenty and no/100_ DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _____

⑈017107⑈

FILED DATE: 12/18/2019 12:57 PM    20142001791



ROBERTS DRAPERY CENTER, INC.
WINDOW TREATMENTS & WALLPAPER
PH. 847-255-4040
504 E. NORTHWEST HWY.
MOUNT PROSPECT, IL 60056

17142

2-1/710

PAY TO THE ORDER OF  Lanny Gibick    $ 320.00

Three hundred twenty & no/100    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

DATE 10/4/19

FOR

⑈0⑈7⑈4⑈2⑈

**ROBERTS DRAPERY CENTER, INC.**
WINDOW TREATMENTS & WALLPAPER
PH. 847-255-4040
504 E. NORTHWEST HWY.
MOUNT PROSPECT, IL 60056

17160

2-1/710

DATE _10/10/19_

PAY TO THE ORDER OF _Lanny G. brick_    $ _320.00_

_three hundred twenty and no/100_ _____ DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _____

⑆017160⑈

FILED DATE: 12/18/2019 12:57 PM   20142001791



FILED DATE: 12/18/2019 12:57 PM   20142001791

FILED DATE: 12/18/2019 12:57 PM    20142001791

**ROBERTS DRAPERY CENTER, INC.**
WINDOW TREATMENTS & WALLPAPER
PH. 847-255-4040
504 E. NORTHWEST HWY
MOUNT PROSPECT, IL 60056

17222

2-1/710

DATE 11/7/19

PAY TO THE ORDER OF _Lanny Gibrick_ $ 100.00

_One hundred $170/100_ DOLLARS

**CHASE** ○
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _Tax_

⑈0 17222⑈

☐ CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

○ ⑆ ENDORSE HERE

FILED DATE: 12/18/2019 12:57 PM    20142001791

**ROBERTS DRAPERY CENTER, INC.**
WINDOW TREATMENTS & WALLPAPER
PH. 847-255-4040
504 E. NORTHWEST HWY.
MOUNT PROSPECT, IL 60056

17219

2-1/710

DATE 11/7/19

PAY TO THE ORDER OF Lanny Gibrick                    $ 150.00

One hundred fifty and 00/100                          DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

⑈D17219⑈

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

ENDORSE HERE

FILED DATE: 12/18/2019 12:57 PM   20142001791



FILED DATE: 12/18/2019 12:57 PM   20142001791

**ROBERTS DRAPERY CENTER, INC.**
WINDOW TREATMENTS & WALLPAPER
PH. 847-255-4040
504 E. NORTHWEST HWY.
MOUNT PROSPECT, IL 60056

17241

2-1/710

DATE 11/15/19

PAY TO THE ORDER OF  Lanny Gibrick                    $ 118.00

One hundred Eighteen & no/100                    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**ROBERTS DRAPERY CENTER, INC.**
WINDOW TREATMENTS & WALLPAPER
PH. 847-255-4040
504 E. NORTHWEST HWY.
MOUNT PROSPECT, IL 60056

17235

2-1/710

DATE 11/15/19

PAY TO THE ORDER OF _Lanny Gibnck_ _____ $ 960.00

_Nine hundred Sixty and no/100_ _____ DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR _____

⑆017235⑆

FILED DATE: 12/18/2019 12:57 PM   20142001791

# EXHIBIT L

Income and Assets Form                                    (Page 1 of 3)  (10/16/12) CCG 0127 A

## INCOME AND ASSETS FORM

**To Judgment Debtor:** Please complete this form and bring it with you to the hearing referenced in the enclosed citation notice. You should also bring to the hearing any documents you have to support the information you provide in this form, such as pay stubs and account statements. The information you provide will help the court determine whether you have any property or income that can be used to satisfy the judgment entered against you in this matter. The information you provide must be accurate to the best of your knowledge.

If you fail to appear at this hearing, you could be held in contempt of court and possibly arrested.

In answer to the citation and supplemental proceedings served upon the judgment debtor, he or she answers as follows:

### Personal Information

Name: _Lam Gatch_

Primary Telephone: _847-312-7356_

Residence: _501 Thorndale Dr Blg II 60189_
_(Address/City/State/Zip)_

Date of Birth: _7-18-1961_

Marital Status: _Married_

Number of Dependents: _2_

### Income and Assets

Select any of the following statements that accurately describe your current income and assets. Complete any of the information that is applicable to the items you select.

☐ A. I am currently ☐ employed ☒ self employed. The name(s) and address(es) of my employers, or my business name and address (if self-employed) is/are as follows:

_Mental Blvd factory_    _9161 N/M lumber Ave Niles, 60714_

_Robin Dairy_    _501 E. Northwest Hwy  Mt Prospt  60056_

I earn $ _Varies_    ☒ weekly   ☐ bi-weekly   ☐ annually   ☐ other: _____

I have the following benefits with my employer(s): _None_

☐ B. I am currently unemployed. I support myself through (Select all that apply):

   ☐ Government Assistance at $ _____ per month

   ☐ Unemployment at $ _____ per month

   ☐ Social Security at $ _____ per month

   ☐ SSI at $ _____ per month

   ☐ Pension $ _____ per month

   ☐ Other $ _____ per month

☐ C. I currently own real estate at the following location(s). (List the address for each parcel of real estate owned as well as the name and address of the mortgage company for each property that has a mortgage on it. Please use the supplement "Part C" of this form if more space is needed.):

1. Address: _501 Thorndale Dr Blg I 60089_

Name/Address of Mortgage Company: _Wells Fargo  In Preforeclosure_

2.  Address: _____

Name/Address of Mortgage Company:_____

❑ D.  The following individual(s) and I currently co-own real estate located at (Please use supplement "Part C" of this form if more space is needed): _____

❑ E.  I have beneficial interest in a land trust.

Name of Trustee: _____

Address of Trustee: _____

The beneficial interest is listed in my name and _____
An assignment of beneficial interest in the land trust was signed to secure a loan from

Name of Lender: _____

Address of Lender: _____

❑ F.  My financial assets are as follows (Select all that apply):

  ❑ Checking Account at_____ with a balance of $ _____
  ❑ Savings Account at_____ with a balance of $ _____
  ❑ Money Market at _____ with a balance of $ _____
  ❑ Certificate of Deposit at _____ with a value of $ _____
  ❑ Safe Deposit Box at _____
  ❑ Stocks /Bonds: _____
  ❑ Other Accounts: _____
        Account Type _____ Financial Institution _____ Balance/Value

*No Accounts*

❑ G.  I own the following selected items:

  ☑ Vehicle: *Suburban*
      Year: *2016*
      Make: *Chevy*
      Model: *Suburban*
      VIN #: *1GNKS38AR13364* *None*

❑ Jewelry (Please provide a detailed description of each item owned): _____

❑ Personal Computer        ☑ DVD Player *Vhs Player*   ☑ Television
☑ Stove                    ☑ Microwave                 ☑ Work Tools
☑ Business Equipment       ❑ Farm Equipment

❑ Other property (Please provide a detailed description of each item owned): *Remington* _____

Signature of Judgment Debtor: _____   Date: *2/28/19*

(Page 3 of 3)  (10/16/12) CCG 0127 C

## Income and Assets Supplemental Form

# EXHIBIT M

1-28-19  3-31-2019

Revenue-  10,408.00

10,408.00

Expenses
Auto Insurance                    1022.16
Cable Phone Internet              811.47
Electric                          441.00
GAS                               336.00
Auto Gasoline                     1296.00
Car Payment                       1115.88
Cell Phone                        1136.64
Water                             291.00
Grocery                           3600.00
Mortgage                          10,195.08
Health Insurance                  945.51
Garbage                           73.80
Medication                        600.00

Total  21,864.54
Expenses
Income-  10,408.00

Total - 11,456.54

# EXHIBIT N

## WARRANTY DEED

**Image#** 058511100002 Type: DW
Recorded: 08/19/2019 at 11:04:28 AM
Receipt#: 2019-00041913
Page 1 of 2
Fees: $517.50
IL Rental Housing Fund: $9.00
Lake County IL Recorder
Mary Ellen Vanderventer Recorder

File **7585450**

THE GRANTORS, **Ryan L. Kugler,
Hilary D. Kugler (f/k/a Hilary D.
Tennant), and David R. Kugler,**
collectively as joint tenants, of the
Village of Vernon Hills, County of
Lake, State of Illinois, for and in
consideration of Ten Dollars ($10.00)
and other good and valuable
consideration in hand paid, Conveys
and Warrants to the Grantee, **Sherri
Crymble,** an unmarried woman, of
7206 Daybreak Lane, Long Grove,
Illinois 60047,

| REAL ESTATE TRANSFER TAX | |
| --- | --- |
| County: | $152.50 |
| Illinois: | $305.00 |
| Total: | $457.50 |
| Stamp No: | 1-745-261-152 |
| Declaration ID: | 20190804953706 |
| Instrument No: | 7585450 |
| Date: | 19-Aug-2019 |

all interest in the following described real estate situated in the County of Lake, in the State of Illinois, to wit:

**LEGAL DESCRIPTION:**

**FIRST AMERICAN TITLE
FILE # 2978640**

PARCEL 1:

THE NORTH 32.42 FEET (AS MEASURED AT RIGHT ANGLES TO THE NORTH LINE THEREOF) OF LOT 12 IN SHADOW CREEK SUBDIVISION, BEING A RESUBDIVISION OF LOTS B AND C IN GREGG'S LANDING NORTH SUBDIVISION, OF PARTS OF SECTIONS 28, 29, 32, AND 33, TOWNSHIP 41 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED AUGUST 1, 2002 AS DOCUMENT 4973881, IN LAKE COUNTY, ILLINOIS.

PARCEL 2:

EASEMENT FOR INGRESS/EGRESS FOR BENEFIT OF PARCEL 1 OVER OUTLOT A IN SAID SUBDIVISION AFORESAID AS CREATED BY DECLARATION RECORDED JULY 2, 2003 AS DOCUMENT NO. 5293400, IN LAKE COUNTY, ILLINOIS.

**PERMANENT REAL ESTATE INDEX NUMBER:** 11-29-212-042-0000

**ADDRESS OF PROPERTY:** 2149 Shadow Creek Court, Vernon Hills, Illinois 60061

Releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.

SUBJECT TO: covenants, conditions and restrictions of record and building lines and easements, if any, provided they do not interfere with the current use and enjoyment of the real estate; and general real estate taxes not due and payable at the time of closing.

Dated this __7__ day of __August__ , 2019.

_____          _____
**Ryan L. Kugler**                        **Hilary D. Kugler (f/k/a Hilary D. Tennant)**


_____
**David R. Kugler**


STATE OF ILLINOIS        )
                         ) ss.
COUNTY OF COOK           )

    I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that **Ryan L. Kugler**, **Hilary D. Kugler (f/k/a Hilary D. Tennant)**, and **David R. Kugler**, personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that they signed, sealed, and delivered the said instrument as their free and voluntary act, for the use and purposes therein set forth, including the release and waiver of the right of homestead.

    Given under my hand and official seal, this __6__ day of __AuGusT__ , 2019.

```
┌───────────────────────────────┐
│ "OFFICIAL SEAL"               │
│ JUSTIN B KUGLER               │
│ NOTARY PUBLIC, STATE OF ILLINOIS │
│ My Commission Expires April 23, 2023 │
└───────────────────────────────┘
```

_____
NOTARY PUBLIC


Prepared By:            Justin B. Kugler
                        Kugler Law, Ltd.
                        6160 North Cicero Avenue, Suite 308
                        Chicago, Illinois 60646

After recording mail to:  Ryan D. Johnson
                        1250 Barclay Boulevard, #200
                        Buffalo Grove, Illinois 60089

Mail tax bill to:       Sherri Crymble
                        2149 Shadow Creek Court
                        Vernon Hills, Illinois 60061