# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | January 13, 2020 |
| **Bankruptcy Case** | No. 19 B 35308 | **Adversary** | |

**Brief Statement of Motion**

Lanny R. Gibrick

Order setting evidentiary hearing on motion of Robert Golden to dismiss

**Names and Addresses of moving counsel**

**Representing**

# ORDER

Response to the motion is due on or before January 22, 2020. This matter is set for an evidentiary hearing on the motion on January 29, 2020, at 1:30 p.m. in courtroom 642, 219 S. Dearborn Street, Chicago, IL 60604. The parties must file and exchange lists of exhibits, and must exchange copies of exhibits, on or before January 22, 2020. Courtesy copies copies of the exhibit lists and the exhibits must be delivered to the court on the due date.

Failure to comply with these requirements *will* result in a sanctions order as follows: (1) Any exhibit not listed and exchanged will not be admitted into evidence; (2) A party who fails to file the exhibit list, exchange the list, or exchange exhibits will be barred from introducing any exhibits into evidence; (3) Any witness not identified and listed will be barred from testifying; (4) A party who fails to file the witness list or exchange the list will be barred from presenting any witnesses. *In re Maurice*, 21 F.3d 767 (7th Cir. 1994).

*[signature]*