**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-35308 |
| LANNY R. GIBRICK, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | Hon. Judge A. Benjamin Goldgar |
| ) | |

**<u>Creditor Robert Golden's Witness List</u>**
**Motion to Lift the Automatic Stay or**
**Dismiss Chapter 13 Bankruptcy Petition**

1. Lanny R. Gibrick – Adverse Witness
2. Robert Golden

The Law Offices of Brendan R. Appel, LLC
Brendan R. Appel (IL ARDC: 6271877)
Selwyn M. Skevin (Of Counsel) (IL ARDC: 6305289)
191 Waukegan Road, Suite 360
Northfield, Illinois 60062
(847) 730-4224
(847) 730-4114 (facsimile)