# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-35308 |
| LANNY R. GIBRICK, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | Hon. Judge A. Benjamin Goldgar |
| ) | |

**Creditor Robert Golden's Exhibit List**
**Motion to Lift the Automatic Stay or**
**Dismiss Chapter 13 Bankruptcy Petition**

| Exhibit | Name | Presented | Admitted | Not Used |
|---|---|---|---|---|
| A | Cook County Order dated December 16, 2014 for Ex-Parte Judgment against Lanny Gibrick d/b/a Alan's Draperies | | | |
| B | Cook County Order dated July 16, 2015 for "wildcard" exemption used by Lanny Gibrick | | | |
| C | Chapter 7 Adversary Proceeding Order dated February 16, 2018 for Default Judgment against Lanny Gibrick | | | |
| D | Cook County Citation to Discover Assets to Lanny Gibrick | | | |
| E | Cook County Petition for Rule to Show Cause dated February 13, 2019 and exhibits against Lanny Gibrick | | | |
| F | Cook County Order dated April 2, 2019 issuing Rule to Show Cause against Lanny Gibrick | | | |
| G | Cook County Petition for Rule to Show Cause dated November 4, 2019, exhibits, and Order issuing Rule to Show Cause dated November 5, 2019 against Lanny Gibrick | | | |
| H | Warranty Deed dated November 5, 2019 from Lanny Gibrick's short sale of residential property | | | |
| I | Cook County Petition for Rule to Show Cause, exhibits and Petition for Attorney's Fees filed July 1, 2015 against Lanny Gibrick | | | |
| J | Correspondence with Lanny Gibrick and proposed payment agreement from 2015 | | | |
| K | Cook County Petitions for Rule to Show Cause and exhibits against Offsprings2, Inc. d/b/a Vertical Blinds Factory and Roberts Drapery Center, Inc. | | | |

| | | | | |
|---|---|---|---|---|
| L | Lanny Gibrick's Income and Asset Form dated February 28, 2019 | | | |
| M | Lanny Gibrick's Profit and Loss Statement | | | |
| N | Warranty Deed dated August 19, 2019 | | | |
| O | Lanny Gibrick's 2016 U.S. Individual Income Tax Return & Illinois Tax Return | | | |
| P | Lanny Gibrick's 2017 U.S. Individual Income Tax Return & Illinois Tax Return | | | |
| Q | Lanny Gibrick's 2018 U.S. Individual Income Tax Return | | | |
| R | Lanny Gibrick's Voluntary Petition for Chapter 13 | | | |
| S | Lanny Gibrick's Signature Pages | | | |
| T | Lanny Gibrick's Chapter 13 Plan | | | |
| U | Lanny Gibrick's Statement of Current Monthly Income | | | |
| V | Lanny Gibrick's Calculation of Disposable Income | | | |
| W | Lanny Gibrick's Subaru Motors Finance Documents (if received in time) | | | |
| X | Lanny Gibrick's Amended Schedules A/B and C with Declaration | | | |
| Y | Lanny Gibrick's Amended Statement of Financial Affairs with Declaration | | | |

The Law Offices of Brendan R. Appel, LLC
Brendan R. Appel (IL ARDC: 6271877)
Selwyn M. Skevin (Of Counsel) (IL ARDC: 6305289)
191 Waukegan Road, Suite 360
Northfield, Illinois 60062
(847) 730-4224
(847) 730-4114 (facsimile)