# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: )
) Case No. 19-35308
LANNY R. GIBRICK, )
) Chapter 13
Debtor. )
) Hon. Judge A. Benjamin Goldgar

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:   David M. Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL, davidsiegelbk@gmail.com

The following party(s) have been served via CM/ECF:
David M. Siegel, David M. Siegel & Associates, davidsiegelbk@gmail.com
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: stearns_g@lisle13.com

The following party(s) have been served via electronic mail with copies of the exhibits:
David M. Siegel, David M. Siegel & Associates davidsiegelbk@gmail.com

   PLEASE TAKE NOTICE that on January 22, 2020 the undersigned filed the attached List of Witnesses and List of Exhibits, true and correct copies of which are herewith served upon you.

By: s/ Selwyn M. Skevin
Attorney for Creditor

Brendan R. Appel (ARDC: 6271877)
Selwyn M. Skevin (ARDC: 6305289)
Law Offices of Brendan R. Appel, LLC
Attorneys for Creditor Robert Golden
191 Waukegan Road, Suite 360
Northfield, IL 60093
Ph:    (847) 730-4224
Fax:   (847) 730-4114
Email: bappel@balegal.com

## CERTIFICATE OF SERVICE

   The undersigned, an attorney, being first duly sworn on oath, deposes and says that he caused correct copies of his List of Witnesses and List of Exhibits to be served upon the parties aforementioned by electronic means on January 22, 2020.

By: /s/ Selwyn Skevin